## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: RAMON PERDOMA (J)          CASE NO: 00-4069-SNOW

AUSA: JEFF KAY (DUTY) *pres*     ATTY: _____

AGENT: DEA                        VIOL: 21:846; 841(a)(1)

PROCEEDING I/A ON COMPLAINT      RECOMMENDED BOND ~~PTD~~ 100,000 CSB

BOND HEARING HELD - yes/(no)  *Stip*   COUNSEL APPOINTED _____

BOND SET @ 50,000 ~~CSB~~ 10% + 200,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by: wife
2) Rpt to PTS  2 x's a (wk)/month by phone;  / x's a wk/(month) in person
3) Travel extended to:
4) surrender passport upon release

Advised of charges - order for appointment of counsel

(Circle One)
Interpreter Request ✓
No Interpreter
Not Known
(Spanish Language)

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF:

Date: 4/6/00   Time 11:00   FTL/LSS TAPE #00-020   Begin: 2204   End:

re-call 2685 - 2864