UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 60527-004

UNITED STATES OF AMERICA )
               Plaintiff ) Case Number: CR 00-4009-Snow
                         ) REPORT COMMENCING CRIMINAL
      -vs-               )           ACTION
                         )
Perdomo, Ramon           )
             , Defendant )

*****************************************
TO: Clerk's Office    MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court          (circle one)

FILED by D.C.
APR - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*****************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4/5/00  6:00  am/pm

(2) Language Spoken: Spanish

(3) Offense(s) Charged: Consp/Poss Cocaine

(4) U.S. Citizen  [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 8-20-58

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $ PTD
Who set Bond: Snow

(7) Remarks:

(8) Date: 4/5/00   (9) Arresting Officer:
(10) Agency: DEA   (11) Phone: