JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6093** CR-FERGUSON

21 U.S.C. §846
21 U.S.C. §841(a)(1)
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,              :

                    PLAINTIFF,          :

v.                                      :

EDGAR JOSE DUARTE,                      :
RAMON PERDOMO, and
CAMILO F. GOMEZ,                        :

                    DEFENDANTS.         :

_____

INDICTMENT

The Grand Jury charges that:

COUNT I

From in or about October 1999, to on or about April 5, 2000, at Broward County, in the

Southern District of Florida, and elsewhere, the defendants,

EDGAR JOSE DUARTE,
RAMON PERDOMO, and
CAMILO F. GOMEZ,

did knowingly and intentionally combine, conspire, confederate and agree with persons known

and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled

substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

<u>COUNT II</u>

On or about April 5, 2000, at Broward County, in the Southern District of Florida, the defendants,

EDGAR JOSE DUARTE, and<br>
RAMON PERDOMO

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), and 846 and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

EDGAR JOSE DUARTE
RAMON PERDOMO and
CAMILO F. GOMEZ

**CASE NO.** _____

06608980

### CERTIFICATE OF TRIAL ATTORNEY*
**Superseding Case Information**:

**Court Division:** (Select One)

New Defendant(s)    Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

00-6093
CR-FERGUSON
MAGISTRATE JUDGE
SNOW

____ Miami    ____ Key West
_X_ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)  _NO_____
    List language and/or dialect _____

4.  This case will take  _2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                          (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court?  (Yes or No) _NO_
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter?    (Yes or No) _YES_
    If yes:
    Magistrate Case No. _00 4069 SNOW_____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _4/5/00 (Arrest warrant on GOMEZ)_____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____ District of _____

    Is this a potential death penalty case? (Yes or No) _NO___

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes_X_ No    If yes, was it pending in the Central Region? _ Yes _ No

                                JEFFREY H. KAY
                                ASSISTANT UNITED STATES ATTORNEY
                                FLA BAR. 208035

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: CAMILO F. GOMEZ          No.: _00 - 6093 - CR Ferguson_

_Magistrate Judge Snow_

Count #l:            Conspiracy to possess w/intent to distribute cocaine (21:846)

 *Max Penalty:      Term of imprisonment of not less than 10 years' or more than life and/or
                    fine up to $4,000,000.

  Count #2:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## <u>PENALTY SHEET</u>

Defendant's Name: EDGAR JOSE DUARTE    No.: ___OO - 6093 CR Ferguson___
Magistrate Judge
Snow

Count #I:    Conspiracy to possess w/intent to distribute cocaine (21:846)

<u>*Max Penalty:</u>    Term of imprisonment of not less than 10 years' or more than life and/or
fine up to $4,000,000.

Count #2:    Possession w/intent to distribute cocaine (21:841(a)(1))

<u>*Max Penalty:</u>    Term of imprisonment of not less than 10 years' or more than life and/or
fine of up to $4,000,000.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## <u>PENALTY SHEET</u>

Defendant's Name: RAMON PERDOMO          No.: _00 - 6093 -CR Ferguson_
                                              _MAgistrate Judge_
Count #I:              Conspiracy to possess w/intent to distribute cocaine (21:846)  _Snow_

   *Max Penalty:       Term of imprisonment of not less than 10 years' or more than life and/or
                       fine up to $4,000,000.

   Count #2:           Possession w/intent to distribute cocaine (21:841(a)(1))

 <u>*Max Penalty:</u>       Term of imprisonment of not less than 10 years' or more than life and/or
                        fine of up to $4,000,000.