U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Ramon Perdomo (J) # *(B)*   CASE NO: 00-6093-CR-Ferguson

AUSA: Jeff Kay *present*   ATTNY: FPD *Arraign for Day*

AGENT: _____   VIOL: _____

PROCEEDING: _____Arraignment_____   BOND REC: _____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or_____ K's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) ___ Halfway House

___ Electronic Monitoring _____

FILED by _____ D.C.

APR 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment waived
Not Guilty plea entered
Jury trial requested
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____5-2-00_____ _____11:00_____ _____LSS_____

STATUS CONFERENCE: _____

DATE: 4-17-00   TIME: 11;00am   TAPE # 00-   PG # 9

1000-1060

17