

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6093-CR-Ferguson

UNITED STATES OF AMERICA

vs

Ramon Perdomo

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 4-17-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT:           Address: See Bond

                     Telephone:

DEFENSE COUNSEL:     Name: FPD

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ Cont'd on bond as set

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this  17  day of  April , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. 00-028

cc: Clerk for Judge
    U. S. Attorney