HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PABLO PUNTIEL__   CASE NO: __00-8029-CR-DIMITROULEAS__
AUSA __KAREN ATKINSON / Rosenthal__   ATTY __MARTIN BIDWILL__  00 022

*to be a plea*    *Tim Day*   @ 900

DEFT __ROBERT STEELE__   CASE NO: __00-6089-CR-ZLOCH__
AUSA __BERTHA MITRANI__ - *pres'*   ATTY __CHARLES JAFFEE__

*Disc going out today Fed-ex*
*No pending motions - 5-17 mot due*   @ 927

DEFT __ROBERTO FARRADAZ - ETAL__   CASE NO: __00-6090-CR-ZLOCH__
AUSA __LARRY BARDFELD__   ATTY __VINCENT FLYNN__ - *Diaz for Flynn*

RICK DIAZ, ESQ. for Orlando Mesa/FPD for Edgar Guzman
*pres - Disc out - disc conference needed* @ 969
*new anal may come in on Guzman. M/cont 5-17*

DEFT __RAMON PERDOMO__   CASE NO: __00-6093-CR-FERGUSON__
AUSA ~~JEFFREY KAY~~ / *Stuart* *Roger Powell*   ATTY __FPD__

*Disc out today -*
*No pending motions - 5-15 for motions*   @ 1033

DEFT __JUANA DUQUE-DIAZ__   CASE NO: __00-6094-CR-ROETTGER__
AUSA __DEBRA STUART / Rosenthal__   ATTY __MARTIN BIDWILL__ *Day stood in*

*M/cont filed*   @ 1081
*5-22 for motions*

DEFT __ __   CASE NO: __ __
AUSA __ __   ATTY __ __

DATE __MAY 1, 2000__   TIME __11:00__