UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,         :

       Plaintiff,               :

v.                                :

RAMON PERDOMO,                    :

       Defendant.               :



### STATUS REPORT

A status conference was held in this cause on May 1, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided and transcripts of tape recordings will be completed by May 5, 2000.

2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this ____ day of May, 2000.

                                                    LURANA S. SNOW
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
AFPD Tim Day (FTL)