UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

RAMON PERDOMO,  :

    Defendant.  :
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

The defendant, through counsel, moves this Court for a continuance of the above-styled matter and as grounds in support thereof states:

1. The defendant is charged by way of indictment with conspiracy and attempted possession of cocaine with intent to distribute in violation of 21 U.S.C. § 846(a)(1).

2. At a discovery conference on June 20, 2000, it was discovered that there is additional discovery due the defendant that he has not received. Counsel needs this discovery in order to properly prepare for trial.

3. Additionally, the defendant will be unavailable during the trial period as he will be in trial in <u>United States v. Hilerdieu Alteme</u>, Case no. 99-8131-Cr-Middlebrooks, and immediately thereafter is scheduled to begin another trial in <u>United States v. Maria Charles</u>, Case no. 93-6117-Cr-Zloch.

4. Assistant United States Attorney Roger Powell has no objection to this continuance.



WHEREFORE, the defendant respectfully requests that the trial in this case be continued.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___ day of June, 2000 to Roger Powell, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Perdomo\Continue.01.wpd