UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,　:

　　Plaintiff,　　　　　　　　　:

vs.　　　　　　　　　　　　　　　:

RAMON PERDOMO,　　　　　　:

　　Defendant.　　　　　　　　　:
_____/

FILED by _____ D.C.

JUL 24 2000

## **ORDER GRANTING MOTION TO CONTINUE TRIAL**

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Continue Trial and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to continue trial is hereby GRANTED. The defendant's trial is rescheduled to __Sept. 5, 2000 calendar call__.

DONE AND ORDERED at Fort Lauderdale, Florida, this __24st__ day of ~~June~~ July, 2000.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILKIE D. FERGUSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　Timothy Day, AFPD
　　　Roger Powell, AUSA