UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

RAMON PERDOMO,  :

    Defendant.  :
_____/



## MOTION TO ALLOW MOTION OUT OF TIME

The defendant, Ramon Perdomo, through counsel, hereby moves the Court to allow the defendant's Motion for Specific Brady Information filed out of time to be heard, and as grounds in support thereof states:

1. The defendant is charged in two counts with conspiracy to possess cocaine with intent to distribute and attempted possession with intent to distribute cocaine in violation of 18 U.S.C. § 841(a). The defendant was arraigned in Fort Lauderdale on April 17, 2000.

2. Pursuant to local rule and the Standing Discovery Order, pretrial motions were due on May 17, 2000.

3. On July 14, 2000, codefendants Camilo Gomez and Edgar Duarte pled guilty and agreed to testify against the defendant. Subsequently, Assistant United States Attorney Roger Powell apprised the undersigned of the potential cooperation of Steven Angelet against Mr. Perdomo.

4.  The motion for specific <u>Brady</u> information refers specifically to these three witnesses whose cooperation was not known until recently.

WHEREFORE, the defendant, Ramon Perdomo, respectfully requests that this Court grant this Motion to allow the defendant's specific demand for <u>Brady</u> evidence filed out of time to be heard.

      Respectfully submitted,

      KATHLEEN M. WILLIAMS
      FEDERAL PUBLIC DEFENDER

By: _____
    Timothy M. Day
    Assistant Federal Public Defender
    Florida Bar No. 360325
    101 N.E. 3rd Avenue
    Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ____ day of August, 2000 to Roger Powell, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

      _____
      Timothy M. Day

S:\DAY\Perdomo.Time.01

2