UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 6093 CR FERGUSON(S)
21 U.S.C. § 963
21 U.S.C. § 952(a)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

UNITED STATES OF AMERICA,

v.

RAMON PERDOMO,

        Defendant.
_____/



FILED by ___ D.C.
AUG 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

From in or about October 1999, to on or about April 5, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### RAMON PERDOMO,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, in excess of 5 kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT II

From in or about October 1999, to on or about April 5, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

RAMON PERDOMO,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, in excess of 5 kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT III

On or about April 5, 2000, in Broward County, in the Southern District of Florida, the defendant,

RAMON PERDOMO,

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, in excess of 5 kilograms of a mixture and substance containing a detectable

amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

A TRUE BILL

*Leonard Roth*
FOREPERSON

*Alun Monner for*
GUY A. LEWIS
UNITED STATES ATTORNEY

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. __00-6093-CR-FERGUSON(s)__ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **RAMON PERDOMO** | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)    Yes ___   No _X_
Number of New Defendants
Total number of counts    _3_

___ Miami  ___ Key West
_X_ FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | X | Petty | | |
   | II | 6 to 10 days | ___ | Minor | | |
   | III | 11 to 20 days | ___ | Misdem. | | |
   | IV | 21 to 60 days | ___ | Felony | X | |
   | V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) YES
   If yes:
   Judge: __FERGUSON__    Case No. __00-6093-CR-FERGUSON__
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) YES
   If yes:
   Magistrate Case No. __00-4069-SNOW__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 4/6/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___ NO ___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature:* Roger W. Powell
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                          REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __RAMON PERDOMO__    No.: _00-6093-CR-FERGUSON(S)_

Magistrate Case No.:

**Count #:1**
Conspiracy to Import Cocaine

Title 21, United States Code, Sections 952 and 963

*Max. Penalty: Ten Years' Mandatory Minimum, Maximum of Life Imprisonment; and a $4,000,000 fine

**Count #: 2**
Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Sections 841 and 846

*Max. Penalty: Ten Years' Mandatory Minimum, Maximum of Life Imprisonment; and a $4,000,000 fine

**Count #: 3**
Attempt to Possess Cocaine with Intent to Distribute

Title 21, United States Code, Section 841(a)(1) and 846

*Max. Penalty: Ten Years' Mandatory Minimum, Maximum of Life Imprisonment; and a $4,000,000 fine

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

1 of 1
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96