UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6093-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

RAMON PERDOMO,  :

    Defendant.  :
_____/

## MOTION TO WITHDRAW

The defendant, Ramon Perdomo, through counsel, hereby moves this Court for an order allowing the Office of the Federal Public Defender to withdraw from the above-styled case and as grounds in support thereof states:

1. On August 30, 2000, the government apprised the undersigned that it would be calling informant Manuel Castro to testify against the defendant in the trial of this matter.

2. Mr. Castro is presently represented by the Office of the Federal Public Defender in Case no. 98-958-Cr-Seitz.

3. This is a conflict of interest which requires the withdrawal of the Office of the Federal Public Defender from further representation of the defendant.



WHEREFORE, the defendant requests that the Office of the Federal Public Defender be permitted to withdraw from further representation of the defendant and that CJA counsel be appointed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this  31  day of August, 2000 to Roger Powell, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Perdomo\Withdraw.01.wpd

2