UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6093-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

RAMON PERDOMO,    :

    Defendant.    :
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on Defendant's Motion to Withdraw and the

Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to withdraw is hereby

GRANTED. CJA counsel will be appointed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5TH day of September, 2000.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    Timothy Day, AFPD
      Roger Powell, AUSA