## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: RAMON PERDOMO (B)   CASE NO: 00-6093-CR-FERGUSON (s)
AUSA: ROGER POWELL / Teresa Van   ATTY: AFPD TIM DAY /s/
AGENT: Liet   VIOL:
PROCEEDING: INQ RE COUNSEL / ARRAIGNMENT SS   RECOMMENDED BOND:
BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @:   To be cosigned by:

FILED by SEP 14 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

FPD allow to w/draw
CJA Counsel to be appt'd upon referral

Reading of Indictment Waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

deft's phone # 305-220-2019
(W) 305-477-2369

(Circle One)
Interpreter Request
No interpreter
Known
Spanish
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 9/14/00   TIME: 9:30   FTL/LSS TAPE # 00 - 048   Begin: 3400   End: 25
+ 049