UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

SEP 14 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 00-6093-CR-FERGUSON

RAMON PERDOMO,
    Defendant.

_____

### ORDER OF REFERENCE TO U.S. MAGISTRATE

Pursuant to 28 U.S.C. § 636 and Local Magistrates Rules 1-4, the following is referred to U.S. Magistrate Lurana Snow, for a Report and Recommendation and/or Order: Appointment Of Counsel.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this ___ day of September 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

c:    U.S. Magistrate Lurana Snow
      Roger Powell, AUSA
      Tim Day, AFPD

