**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

OCT 16 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE   WILKIE D. FERGUSON, JR.   Presiding

Case No. 00-6093-CR-WDF      Date: 10/16/00

Clerk:   Deloris McIntosh      Reporter: Paul Haferling

USPO: _____      Interpreter: None

**UNITED STATES OF AMERICA vs.** Ramon Perdomo (J)

AUSA: Roger Powell

Defendant(s) Counsel: Amy Agnoli

Defendant(s)  Present___  Not Present__  In Custody__

Reason for hearing: Calendar Call

Result of hearing: Motion for Continuance granted

Case Continued to: 10/30/00 Time: 3:15 P.M. For: Calendar Call