UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 006093-CR-FERGUSON

UNITED STATES OF AMERICA

        Plaintiff,

vs.

RAMON PERDOMO

        Defendant.

_____/

### UNOPPOSED MOTION FOR CONTINUANCE

**COMES NOW,** the Defendant, RAMON PERDOMO, by and through her undersigned attorney and hereby files this Unopposed Motion for a Continuance and states as follows:

1. Undersigned counsel was appointed on this case on September 18, 2000.
2. This cause is currently scheduled for trial on Monday, October 23, 2000 at 9:00 a.m.
3. Undersigned counsel has only been able to meet with the client recently.
4. Undersigned counsel needs additional time to investigate the case and review the discovery for trial.
5. Undersigned counsel is currently scheduled to begin two first degree murder cases, wherein the death penalty has not been waived. State v. Julio Ortiz scheduled to begin on October 30, 2000, Case No. F94-010158A, in front of Judge Robert Pinero in the Circuit Court of Dade County and State v. Marco Herrera scheduled to begin on November 6, 2000, Case No. F97-31877, in front of Judge Peter Lopez in the Circuit Court of Dade County. Undersigned



has been working tirelessly to prepare these cases for trial.

6. When undersigned accepted this case, I was unaware that the case was set for trial in October.
7. This motion is made in good faith and not for the purpose of delay.
8. Undesigned has spoken to assistant United States Attorney Roger Powell, who has no objection to continuing this matter for trial.

**WHEREFORE**, RAMON PERDOMO, prays that this Court grant this Motion and re-schedule this case for trial, if possible, in December 2000 or thereafter.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 16 day of October, 2000 to: Roger W. Powell, UNITED STATE ATTORNEY 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394.

Respectfully Submitted,

LAW OFFICES OF AMY AGNOLI, P.A.
Attorney for Respondent
1443 South Miami Avenue
Miami, FL. 33130
(305) 358-7373

AMY AGNOLI