UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOV 7 2000

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE NO.  00-6093-CR-FERGUSON

RAMON PERDOMO,

    Defendant.
_____

## ORDER

**GOOD CAUSE** appearing, it is hereby **ORDERED** that the above-numbered cause be and the same is hereby transferred to The Hon. Jose A. Gonzalez, Jr. for trial.

**IT IS FURTHER ORDERED,** that the pending status conference, set for Thursday, November 9, 2000 at 9:30 a.m., shall be heard by the Hon. Jose A. Gonzalez, Jr. This status conference will be set for Thursday, November 9, 2000 at 9:30 A.m.

The date of the trial will be set at the status conference. The status conference and the trial will take place at the United States District Courthouse, Courtroom C, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

**DATED** in chambers at Fort Lauderdale, Florida, this 7th day of November, 2000.

                                      WILKIE D. FERGUSON, JR.
                                      UNITED STATES DISTRICT JUDGE

cc: Hon. Jose A. Gonzalez, Jr.
Amy Agnoli, Esq.
Roger Powell, AUSA
U.S. Marshal's Office

