UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOTICE

FILED by _____ D.C.
NOV - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE #00-6093-CR-FERGUSON

RAMON PERDOMO,

    Defendant.
_____/

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE, AND TIME SET FORTH BELOW:

PLACE:    U. S. DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
             299 EAST BROWARD BLVD., COURTROOM "C"
             FT. LAUDERDALE, FL 33301
             BEFORE THE HONORABLE JOSE A. GONZALEZ, JR.

DATE AND TIME: THURSDAY, NOVEMBER 9, 2000 AT 9:30 A.M.

TYPE OF PROCEEDING:    STATUS CONFERENCE

_____
Secretary to
Judge Jose A. Gonzalez, Jr.

DATED: NOVEMBER 6, 2000

TO:    Amy Agnoli, Esq.
       Roger Powell, AUSA
       U.S. Marshal