### CRIMINAL MINUTES

#### UNITED STATES DISTRICT COURT
#### FOR THE
#### SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
NOV 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

#### HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

---

**CASE NUMBER** 00-6093-CR-Ferguson       **DATE** November 9, 2000

**COURTROOM CLERK** Amy Jordan       **COURT REPORTER** Anita LaRocca

**PROBATION OFFICER** ____       **INTERPRETER** ____

**UNITED STATES OF AMERICA vs.** RAMON PERDOMO (J)

**AUSA** R. Powell       **DEFT. ATTORNEY** A. Agnoli (not present)

**DEFENDANT: Present** ___ **Not Present** _X_ **On Bond** ___ **In Custody** _X_

**REASON FOR HEARING:** Status Conference - on Jury Trial Date

---

**RESULT OF HEARING:** Probable Guilty Plea.
- Gov't request a 30 day continuance due to unavailability of witness.
- Parties will contact Chambers to schedule a Guilty Plea or Jury Trial Date.
- Spanish Interpreter Requested for defendant.

**CONTINUED TO: DATE:** ____       **TIME:** ____

**FOR:** ____

