UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAMON PERDOMO,

        Defendant.
_____

FILED by _____ D.C.

DEC 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF TRIAL

        **TAKE NOTICE** that the trial of the above-entitled cause
is set for Monday, December 18, 2000 commencing at 10:30 A.M., at
the U. S. Courthouse, Second Floor, Courtroom C, 299 East Broward
Boulevard, Fort Lauderdale, Florida, before the Honorable Jose A
Gonzalez, Jr., U. S. District Judge.  The parties should come
ready to proceed for trial.

        DATED in chambers in Fort Lauderdale, Florida this 11TH
day of December, 2000.

                                JOSE A. GONZALEZ, JR.
                                UNITED STATES DISTRICT JUDGE

Copies furnished:
Roger Powell, AUSA
Amy Agnoli, Esq.
U. S. Marshal
Hon. Wilkie D. Ferguson, Jr.