UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6093-CR-GONZALEZ(s)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAMON PERDOMO,

        Defendant.
_____/



## GOVERNMENT'S MOTION TO CONTINUE TRIAL

**COMES NOW** the United States of America, by and through the undersigned counsel, and files its Motion For Continuance of the Trial in this case. In support thereof states as follows:

1. The trial in this cause is presently set for jury selection on Monday, December 18, 2000, at 10:30 a.m. This matter has been re-set previously because counsel for defense was already in trial in Miami-Dade County.

2. The Government's primary witness in this case has been reported to the police as missing by his wife. In addition, the witness failed to appear for sentencing in his own criminal case causing a warrant to be issued for his arrest. Various law enforcement agencies are attempting to locate this witness at this time or at least determine the cause of his disappearance. These agencies, particularly the Drug Enforcement Administration, would like the opportunity to complete this investigation or at least



exhaust all remedies now available. This can not be accomplished prior to the time the case has been set for trial.

3. The Government and the defendant are presently attempting to reach a plea agreement in this matter, which if successful, would negate the necessity for the above scheduled trial. This will be the last such motion on behalf of the Government.

4. The undersigned has spoken with Ms. Amy Agnoli,, Esq., Attorney for Defendant Perdomo, who has authorized the undersigned to represent to the Court that the defense has no objection to the granting of this motion.

**WHEREFORE**, the Government prays that this Court grant this motion and continue the trial in this cause until January 15, 2001. If the parties are able to reach a plea agreement in this matter, the Court will be notified immediately that the trial can be canceled entirely.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Jeff Kallal,
    DEA

2

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 12st day of December, 2000 to:

        Ms. Amy Agnoli, Esq.
        Attorney for defendant Perdomo
        1443 S. Miami Avenue
        Miami, FL  33130

                                    _Roger W. Powell_
                                    ROGER W. POWELL
                                    ASSISTANT U.S. ATTORNEY