UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

DEC 1 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

  Plaintiff,

v.          CASE NO. 00-6093-CR-FERGUSON

RAMON PERDOMO,

  Defendant.

## ORDER

**THIS CAUSE** has come before the Court upon the Government's Motion to Continue Trial, filed December 12, 2000. Accordingly, having reviewed the Motion, the record in this matter, and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion to Continue Trial, filed December 12, 2000 is **DENIED**. Both parties shall come ready to proceed for trial on Monday December 18, 2000 at 10:30 a.m. The trial will take place at the United States District Courthouse, Courtroom C, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. Parties shall bring three (3) copies of their witness lists and their exhibits.

**DONE AND ORDERED** in the Chambers at Fort Lauderdale, Florida, this 13th day of December 2000.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc:
Amy Agnoli, Esq.
Roger Powell, AUSA