<u>C R I M I N A L   M I N U T E S</u>

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

CASE NUMBER __00-6093-CR-JAG__   DATE __12/18/00__
COURTROOM CLERK __Deloris McIntosh__ COURT REPORTER __Anita LaRocca__
PROBATION OFC. _____ INTERPRETER _____

UNITED STATES OF AMERICA vs. __Ramon Perdomo__
U.S. Attorney __Roger Powell__   DEFT. COUNSEL __Amy Agnoli__
DEFENDANT: Present ✓ Not Present ___ On Bond ✓ In Custody ✓

REASON FOR HEARING: __Motion Hearing__

RESULT OF HEARING: __Gov't motion for dismissal of indictment granted__

CONTINUED TO:  Date _____ TIME _____
               For: _____

MISC. _____

91/DM