UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6093-CR-GONZALEZ

UNTIED STATES OF AMERICA

    Plaintiff,

vs.

RAMON PERDOMO,

    Defendant.

_____/



## DEFENSE WITNESS LIST

**COMES NOW** the Respondent, Ramon Perdomo, by and through his undersigned attorney and hereby files this Defense Witness List. The Defendant may call any of the following as witnesses:

1. Lazaro Cernera
   L & M Wholesale
   11330 SW Quail Roost Drive
   Miami, Florida 33157

2. Justo Valdez
   667 NW 124th Avenue
   Miami, Florida

3. Yossarian Escobedo
   1100 SW 141st Avenue
   Miami, Florida 33184

4. Aramis Martinez
   6130 W. 22nd Court
   Hialeah, Florida

5. Faida Morales
   1280 SW 142nd Avenue
   Miami, Florida

7. Lourdes Morejon
   866 E. 27th Street
   Hialeah, Florida

8. Alberto Sanchez
   Alpha Transfer
   3101 NW 74th Avenue
   Miami, Florida

9. Jose Sanchez
   455 W. 29 Street
   Hialeah, Florida 33016

10. Omar Fernandez Cisnero
    14400 SW 159th Street
    Miami, Florida 33177

11. Maunuel Aguado, Interpreter
    Federal Public Defender
    101 Northeast 3rd Avenue
    Ft. Lauderdale, Florida 33301-1100

12. Leticia Guzman
    (address to be provided)

13. Maria Del Carmen Diaz
    (address to be provided)

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 13 day of December, 2000, to: Roger Powell A.U.S.A, 500 E. Broward Blvd., Suite #700, Ft. Lauderdale, Florida 33394.

RESPECTFULLY SUBMITTED,

**LAW OFFICES OF AMY AGNOLI, P.A.**
Attorney for Respondent
1443 South Miami Avenue
Miami, FL. 33130
(305) 358-7373

AMY AGNOLI