UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6093-CR-FERGUSON



UNITED STATES OF AMERICA )
)
v. )
)
RAMON PERDOMO )
_____ )

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant **Ramon Perdomo**.

GUY A. LEWIS
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

Date: 12-18-2000

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: AUSA ROGER W. POWELL
CLERK OF THE COURT
US MARSHALS SERVICE (WARRANT SQUAD)