FILED by ____ D.C.
JAN 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff,

v.

RAMON PERDOMO
Defendant

Case No. 00-6093-CR-FERGUSON

MOTION FOR DISBURSEMENT OF BOND

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by CARMEN CASTRE in the amount of $ 5,000.00 plus any accrued interest be refunded to:

CARMEN CASTRE 1100 SW 141 AVE MIAMI FL 33184
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

**(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)**

[signature]
(Petitioner or Attorney)

Consented to by:

[signature], Assistant U.S. Attorney
ELIZABETH RUF STEIN

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 30th day of January, 2001.

[signature]
UNITED STATES DISTRICT JUDGE

c: U.S. Attorney
Petitioner/Counsel of Record
Financial Deputy Clerk (w/original W-8 or W-9)

97

954 356 7907 FT LAUD CLERKS OFFICE → FIN SECT 002



OFFICIAL CHECK

LAUDERDALE
BR# 00673

839889188

CARMEN LASTRE

Date APR 07 2000

Pay to the order of CLERK U.S. DISTRICT COURT $ *********5,000.00

FIVE THOUSAND AND 00/100 Dollars

DRAWER: FIRST UNION NATIONAL BANK

FIRST UNION

Authorized Signature

Issued by Integrated Payment Systems Inc., Englewood, Colorado
KeyBank National Association, Denver, Colorado

⑈100491⑈ ⑆102003918⑆ 680008398891888⑈

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE

FILED BY
'00 APR -7 AM 11:50
CLARE...

Fri Apr 7 11:46:37 2000

UNITED STATES DISTRICT COURT

MIAMI , FL

Receipt No. 401 519043
Cashier liz

Tender Type CHECK

Check Number: 23-391 #839889188

Transaction Type C

Case No./Def No. 0:99-MG-000000/ 0

DO Code 4600 Div No 0 Acct 604700

Amount $ 5000.00

CARMEN L. LASTRE, 1100 SW 141 AVE, MIAMI , FL 33184/SS #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

00M64069/LSS /10% CASH BOND FOR RAMON PE RDOMO

Fri Apr 7 11:46:37 2000

Check No. 23-391 #839889188
Amount$ 5000.00
Pay any Federal Reserve Bank or
General Depository for credit to